Grafton, }
Feb. 3, 1914. }

### WINFRED S. ROSS *v*. ALLEN J. CHURCH.

PETITION, by a residuary legatee, for advice as to the meaning of a will. At the October term, 1913, of the superior court, the petition was dismissed by *Peaslee,* J., upon the ground that the legatee was not entitled to advice, and he excepted.

*Pierce & Galloway* and *Arthur L. Foote* (*Mr. Pierce* orally), for the plaintiff.

*Edgar W. Smith,* for the defendant.

PARSONS, C. J.    As the plaintiff does not occupy a fiduciary position entitling him for his protection to the prospective decision of questions that may arise under the will, and as the defendant, whom the plaintiff claims does occupy such a position, does not desire, but objects to, their present determination by way of advice to him, there is no ground upon which the court may lawfully advise the parties.    *Glover* v. *Baker*, 76 N. H. 393; *Day* v. *Washburn*, 76 N. H. 203; *Harvey* v. *Harvey*, 73 N. H. 106; *Drake* v. *True*, 72 N. H. 322; *Bailey* v. *McIntire*, 71 N. H. 329; *Ellis* v. *Aldrich*, 70 N. H. 219, 222; *Gafney* v. *Kenison*, 64 N. H. 354; *Greeley* v. *Nashua*, 62 N. H. 166, 167; *Opinion of the Justices*, 62 N. H. 706; P. S., c. 207, s. 8.

*Exception overruled.*

PEASLEE, J., did not sit: the others concurred.